1
2
3
4
5
6
7



8          UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA
10

11    UNITED STATES OF AMERICA,        )    Case No.: 8:19-CR-148-JVS
12                        Plaintiff,   )    ORDER OF DETENTION AFTER
                                       )    HEARING
13              vs.                    )    [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C.
                                       )     § 3143(a)]
14                                     )
15    Robert Shermantine, Defendant.   )
16

17          The defendant having been arrested in this District pursuant to a warrant issued

18    by the United States District Court for the __Central Dist. CA_____,

19    for alleged violation(s) of the terms and conditions of his/her [probation] [supervised

20    release]; and

21          The Court having conducted a detention hearing pursuant to Federal Rule of

22    Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

23          The Court finds that:

24    A.    ☒ The defendant has not met his/her burden of establishing by clear and

25          convincing evidence that he/she is not likely to flee if released under 18 U.S.C. §

26          3142(b) or (c). This finding is based on __instant allegations;_____

27    __whereabouts unknown for several months ; ongoing issues with__

28    __substance abuse_____

1

2

3    and/or

4  B.    ( ) The defendant has not met his/her burden of establishing by clear and

5        convincing evidence that he/she is not likely to pose a danger to the safety of any

6        other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This

7        finding is based on _____

8        _____

9        _____

10       _____

11       _____

12

13       IT THEREFORE IS ORDERED that the defendant be detained pending further

14  revocation proceedings.

15

16  DATED: ___5/2/23___        _____

17                             KAREN E. SCOTT
                               UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28